

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-18-00207-CV

## IN RE DPA'S ASSIST THE OFFICER FOUNDATION, INC.

_____

## Original Proceeding

_____

## O R D E R

_____

Relator's motion for time to file a reply to the response filed by Real-Party-in-Interest is granted. Relator's reply, if any, is due December 7, 2018.


PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted
Order issued and filed December 5, 2018

